# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DELORES DAVIS,<br><br>       Plaintiff,<br><br>   vs.<br><br><br>LOWE'S HOME IMPROVEMENT WAREHOUSE OF PORTERVILLE and DOES 1 to 100, inclusive,<br><br>      Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

Case No.: 1:11cv2148 LJO DLB

ORDER GRANTING REQUEST TO SEAL

On May 22, 2012, Plaintiff's counsel, Nelson & Rozier, filed a motion to withdraw from its representation of Plaintiff Delores Davis pursuant Local Rule 182(d) of the Local Rules of the United States District Court, Eastern District of California.  Counsel asserted that an irreconcilable conflict had developed with Plaintiff Davis necessitating withdrawal, but due to the confidential nature of the conflict it could not be disclosed under the California Rules of Professional Conduct.

On June 15, 2012, the Court held a hearing on counsel's motion to withdraw.  At that time, the Court directed counsel to submit a declaration detailing the conflict, along with a request to seal the declaration.

1    On July 12, 2012, counsel submitted the declaration of Ryan T. Nelson, supporting

2  exhibits and a request to seal these documents directly to the Court's chambers.  Following

3  review, the Court HEREBY GRANTS counsel's request to file the documents under seal

4  pursuant to Local Rule 141.  The Clerk of Court is DIRECTED to FILE UNDER SEAL the

5  Declaration of Ryan T. Nelson in support of motion to withdraw and the exhibits attached

6  thereto.  Defense counsel shall not be permitted access to these documents.

7

8

9  IT IS SO ORDERED.

10    Dated:   **July 15, 2012**                            /s/ *Dennis L. Beck*

11                                                         UNITED STATES MAGISTRATE JUDGE

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26