1
2
3
4
5

THARPE & HOWELL, LLP
15250 Ventura Boulevard, Ninth Floor
Sherman Oaks, California 91403-3221

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

DELORES DAVIS,

                    Plaintiff,

v.

LOWE'S HOME IMPROVEMENT
WAREHOUSE OF PORTERVILLE
and DOES 1 to 100, inclusive,

                    Defendants.

CASE NO.: 1:11-CV-02148-LJO-DLB

(Tulare County Superior Court Case No.: 11-244460)

**ORDER ON VOLUNTARY DISMISSAL  PURSUANT TO FED. R. CIV. P. 41(A)(1)**

   **IT IS HEREBY ORDERED** that the Complaint of Plaintiff DELORES DAVIS is hereby dismissed in its entirety, with prejudice.

IT IS SO ORDERED.

   Dated:   **July 30, 2012**                **/s/ Lawrence J. O'Neill**
                                                    UNITED STATES DISTRICT JUDGE

- 1 -

ORDER ON VOLUNTARY DISMISSAL  PURSUANT TO FED. R. CIV. P. 41(A)(1)

**Davis v. Lowe's HIW, Inc.**
**Case No.: 1:11-CV-02148-LJO-DLB**