THARPE & HOWELL, LLP
15250 Ventura Boulevard, Ninth Floor
Sherman Oaks, California 91403-3221

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DELORES DAVIS,<br><br>                    Plaintiff,<br><br>v.<br><br>LOWE'S HOME IMPROVEMENT WAREHOUSE OF PORTERVILLE and DOES 1 to 100, inclusive,<br><br>                    Defendants. | CASE NO.: 1:11-CV-02148-LJO-DLB<br><br>(Tulare County Superior Court Case No.: 11-244460)<br><br>**ORDER ON VOLUNTARY DISMISSAL PURSUANT TO FED. R. CIV. P. 41(A)(1)** |

**IT IS HEREBY ORDERED** that the Complaint of Plaintiff DELORES DAVIS is hereby dismissed in its entirety, with prejudice.

IT IS SO ORDERED.

Dated:   **July 30, 2012**               /s/ Lawrence J. O'Neill
                                          UNITED STATES DISTRICT JUDGE

- 1 -
ORDER ON VOLUNTARY DISMISSAL PURSUANT TO FED. R. CIV. P. 41(A)(1)

**Davis v. Lowe's HIW, Inc.**
**Case No.: 1:11-CV-02148-LJO-DLB**